

# WILLIAMS & ASSOCIATES
## COURT REPORTING SERVICE

## The Deposition of Jessica Quintana

**Date:** January 17, 2012

**Case:** KRETEK vs. BOARD OF LUNA COUNTY COMMISSIONERS, et al.
**Cause No.:** 11-CV-676 RB/GBW

COPY

1608 Fifth Street NW
Albuquerque, New Mexico 87102
Phone: 505-843-7789
Fax: 505-843-6389

201 N. Church Street, Suite 320
Las Cruces, New Mexico 88001
Phone: 575-993-4034
Fax: 505-843-6389

Email: office@russinwilliams.com
Internet: www.russinwilliams.com


This transcript was prepared on 30% Post-Comsumer content paper


PLAINTIFF'S EXHIBIT

Page 9

1  A. Repeat the question. I'm sorry.
2  Q. Sure. I mean, you have this orange, red, blue,
3  yellow diagram that you guys look at and refer to. But
4  it also refers to the way someone is acting towards you;
5  right?
6  A. Right.
7  Q. What sort of behavior and what sort of training
8  did you get from the facility as to when certain types
9  of behavior are going to be okay to use your pepper
10 spray?
11 A. When they come actually charging at us. When we
12 see, you know, they're not going to be compliant. And
13 when verbal -- verbal altercation is no longer going to
14 be used. When we actually -- not physically, but that's
15 something that we have to use to be able to control the
16 situation.
17 Q. How long were you a detention officer?
18 A. A year.
19 Q. A year. Did you ever use your pepper spray?
20 A. No.
21 Q. Why is that?
22 A. I never had to.
23 Q. Why?
24 A. I'm more of a talkative person. I could calm --
25 I thought that I could calm somebody down verbally

Page 10

1  rather than with using my spray or having to be
2  aggressive with anybody.
3  Q. So did you ever have any training with regard to
4  a Taser?
5  A. Yes.
6  Q. What training did you have with a Taser?
7  A. Same as the OC. We watched videos. We would get
8  our pamphlet. We had to know about our Taser gun before
9  we were able to shoot it and before we were able to get
10 shot with it.
11 Q. Were you shot with it?
12 A. Yes.
13 Q. Did it hurt?
14 A. Yes.
15 Q. What did you learn about your Taser? When was it
16 appropriate to use it, when was it not appropriate to
17 use it?
18 A. We were taught that that was the last mechanism
19 that we should use. If we could control the situation
20 without using it by ourself, we do not have to use it.
21 But if the situation is uncontrollable, we need to take
22 them down, you know, to the point to control the
23 situation, no officers get hurt, no inmates get hurt,
24 then yes, we had to use it.
25 Q. And in your career there, in the year that you

Page 11

1  were there, did you ever use it?
2  A. No.
3  Q. Why is that?
4  A. I never had to.
5  Q. Just, you could normally talk to people?
6  A. Yes.
7  Q. That would get them under control?
8  A. Yes.
9  Q. Well, what did you do at the jail? What was your
10 function?
11 A. I basically worked everywhere. I was in
12 juvenile. I would work with adults, exchanging linens,
13 serving, exchanging lunches. I was in the booking. I
14 was certified to do booking, to book in inmates,
15 fingerprints, all of it.
16 Q. So booking is when they first come in.
17 A. Yes.
18 Q. Even though I know what booking means, a lot of
19 people don't know. So every once in a while, I'm going
20 to back up and have you go through something again.
21 A. Okay.
22 Q. Walk me through the process when somebody comes
23 into the jail. Let's say a police officer brings
24 somebody in that's been arrested. What happens?
25 A. The first step would be our medical intake.

Page 12

1  Q. Tell me all about that. What does that mean?
2  A. Our medical intake, they check their vitals. If
3  their vitals are abnormal, we have to send them back to
4  the hospital and get a clearance. If they're cleared,
5  the officer will bring them in the back. Then after
6  that, we do -- we check the reports to make sure
7  everything is correct. We do a pat-down. After the
8  pat-down, we instruct them to the cage.
9  Q. I'm going to stop you right there. When they
10 come in, are they handcuffed?
11 A. Yes.
12 Q. Why are they handcuffed?
13 A. In case they decide to go berserk or they want to
14 run somewhere else, or if they need to or anything like
15 that. It's just procedure. We're not allowed to have
16 them uncuffed in the booking area.
17 Q. For your safety?
18 A. For our safety, yes.
19 Q. The second thing I want to back up a little bit
20 and go over. What is the job of the medical officer?
21 What does he actually ask?
22 A. He asks the basic questions. If, you know,
23 they've been -- if they have used drugs, if they've been
24 drinking, if they're diabetic, if they have any
25 conditions that we need to be aware of.

Page 17

1  ask him my questions. They patted him down. We took
2  him to the cage, removed his handcuffs, and he sat in
3  the cage.
4      Q. Let's back up a little bit. When he first walked
5  in the door, what room was he in?
6      A. He was in the back vestibule of the jail.
7      Q. How was he acting?
8      A. He was quiet. He was just looking around, you
9  know, scoping things out.
10     Q. What was his demeanor like? Was he yelling,
11 screaming or acting up?
12     A. No, not at all.
13     Q. Did you walk him from the vestibule into the
14 booking area?
15     A. Yes.
16     Q. Did you take off his handcuffs?
17     A. Yes.
18     Q. What was his demeanor like? How was he acting?
19     A. He was fine.
20     Q. Was he yelling at you or creating any problems?
21     A. No, he just asked me -- I asked him if he wanted
22 a glass of water and if he needed to -- if he could sit
23 down. That's all I asked him. He didn't ask me
24 anything. He didn't --
25     Q. What was his response to your offering water?

Page 18

1      A. Yes.
2      Q. Did he drink water?
3      A. Yes.
4      Q. So you took off his handcuffs, and what did you
5  do with him?
6      A. I put him in the cage. He sat down, and I was
7  actually training another officer at the time.
8      Q. Who was that?
9      A. Javier Gallegos.
10     Q. And tell me, walk me through what you were doing.
11 Tell me what happened.
12     A. We were booking in an inmate that came in before
13 Aparicio, so we were finishing him up, and as I was
14 training him to do the booking process, Chris, that's
15 when he started kind of acting up, I would say.
16     Q. What do you mean "acting up"? Tell me. How did
17 he start to act up?
18     A. Yelling.
19     Q. At who?
20     A. Just yelling. He wasn't yelling specifically at
21 anybody.
22     Q. What was he saying?
23     A. That he needed to get out of there. To get him
24 out.
25     Q. Did you respond to him?

Page 19

1      A. Yes, of course.
2      Q. What did you tell him?
3      A. I told him that he needed to calm down, to sit
4  down for a little bit and once we got all the -- once I
5  was done doing what I needed to do, that I would get him
6  dressed out and we would put him in the holding cage so
7  he could get out of the smaller cage next to the
8  booking, to our desk.
9      Q. What did he say?
10     A. He said that was fine. He sat down for a while.
11 After that, he just started standing on the stool. He
12 seemed very agitated. He seemed like kind of freaking
13 out, I would say. His eyes were like everywhere. He
14 was just scoping everybody out, seeing what was going
15 on. Then after that, I told Javi to continue --
16     Q. Who?
17     A. Javi Gallegos --
18     Q. Oh, okay.
19     A. -- the officer I was training. I told him to
20 finish what he could so I could get up and talk to
21 Aparicio. Then after I got up, we talked to him and I
22 told him that we were going to get him into the holding
23 cell, and he said that was fine.
24     Q. After he got up and you took him to the holding
25 cell --

Page 20

1      A. No, we did not take him yet.
2      Q. Oh, you didn't take him.
3      A. No, I told him that we were going to.
4      Q. What ended up happening next?
5      A. He said that was fine, that he needed to get out
6  of that smaller cage.
7      Q. What was he asking you? What communication did
8  you have with him?
9      A. Just -- at first it was just a "Hello, how have
10 you been?" And then after that --
11     Q. Let me stop you right there. Did you know him?
12     A. Yes.
13     Q. How did you know him?
14     A. I grew up with him when I was young.
15     Q. So you had a personal relationship?
16     A. Not personal. We just went to school.
17     Q. You knew him more than a guy off the street.
18     A. Yes.
19     Q. Because you went to school with each other;
20 right?
21     A. Yes.
22     Q. How much older than him -- or were you in the
23 same grade?
24     A. We were actually the same age.
25     Q. So what happened? As you saw him and you

Page 21

1 communicated with him, what eventually happened? Walk
2 me through what took place that day.
3 A. When he did come in, as I said, he was very
4 compliant. He was very quiet. He followed instructions
5 very well. After a while when he got his water, he
6 started, you know, acting -- he started yelling. He
7 started fidgeting with his shirt, fidgeting with his
8 shorts.
9 Q. Was that behavior normal?
10 A. No.
11 Q. What -- did you suspect anything or think
12 anything at that time?
13 A. Yes.
14 Q. What were you thinking?
15 A. That he was probably on something. That he was
16 on crystal.
17 Q. What is that?
18 A. Crystal meth, a drug. What do you mean?
19 Q. Yeah, just, you said the word "crystal." I just
20 wanted to see what that is to you.
21 A. Oh, okay.
22 Q. And you said crystal is meth?
23 A. Yes.
24 Q. Have you had experience with people who were on
25 meth before?

Page 22

1 A. Yes.
2 Q. I mean, you work at the jail, so there are other
3 people that come in like that; right?
4 A. Yes.
5 Q. Was he exhibiting the same kind of signs and
6 things these other people did?
7 A. Yes.
8 Q. How long does it normally take for these effects
9 to go away?
10 A. It could take hours.
11 Q. Did you let anybody know what you suspected or
12 what you thought?
13 A. Yes.
14 Q. Who did you let know?
15 A. Medical officer.
16 Q. Who was the medical officer?
17 A. McGrael.
18 Q. And what was his response to you?
19 A. He looked at him a little bit more and he said
20 that I could be right. He said, but there was no
21 telling that he was exactly right now. He says, "He's
22 still -- maybe he's just bugged out that he's in jail,"
23 he said. And I said, "Okay." And as he started acting
24 up, yelling more, you know, his eyes -- his eyes, they
25 were very dilated.

Page 23

1 Q. What does that mean?
2 A. His pupils were huge.
3 Q. But what does that mean to you? I mean why is
4 that an important sign?
5 A. Because that's a sign for us that they are --
6 they could be on crystal meth.
7 Q. So after you told the officer, did the officer do
8 anything, the medical officer?
9 A. Yes, he told us to watch him more -- more
10 frequently. Not to handle him myself. That if I wanted
11 to move him somewhere, to call all the officers as well.
12 Q. So he made the decision that if he needed to go
13 anywhere, you needed to call other officers?
14 A. Yes.
15 Q. Continue now. Walk me through what took place.
16 A. Well, he started hitting the cage, kicking the
17 cage. So that's when I decided to move him to J-108
18 which is our holding cell.
19 Q. Why were you going to put him in there?
20 A. So he could calm down a little bit more.
21 Q. So you were going to put him by himself?
22 A. Yes, yes. And we could watch him actually a
23 little bit more. And so he wouldn't hurt himself. So
24 we were actually going to put him in a turtle suit.
25 Q. What is that?

Page 24

1 A. It's a suicidal suit.
2 Q. Let's back up a little bit. Explain to me why
3 you were going to do that.
4 A. It was suggested because of how he was hitting
5 himself in the cage.
6 Q. Who suggested that?
7 A. Me.
8 Q. Okay.
9 A. He was hitting himself in the cage. He was
10 ramming his head on the cage. We didn't want him to
11 inflict any harm to himself, so usually in that
12 situation, that's what we do. We have them in a room
13 where we can have constant supervision over him and he
14 could be monitored more often so he won't hurt himself.
15 Q. So after you had thought that that's what needed
16 to be done, what did you do?
17 A. They didn't give me the okay, so that's when --
18 McGrael did not give me the okay.
19 Q. Why?
20 A. Well, that's when they were discussing it. They
21 needed to talk about it with our officer in charge, our
22 sergeant. So that's when -- while we were talking,
23 that's when things got out of hand and when we -- that's
24 when Officer Elford and Chavez, Officer Gallegos and
25 myself, we all came to the cage and we were just going

Page 25

1 to, you know, walk him to J-108 because we didn't get
2 the okay for the suicide suit yet.
3   Q. Who was supposed to okay the turtle suit or the
4 suicide suit?
5   A. McGrael and our officer -- our sergeant.
6   Q. Who is the sergeant?
7   A. I believe it was Pete Loya that night. I
8 believe. I'm not too sure.
9   Q. Would it have been Yolanda Edwards?
10  A. She was also there. We had two sergeants at the
11 time.
12  Q. Is Loya a sergeant?
13  A. Yes. I could be mistaken. I don't remember.
14  Q. You don't remember who was the one in charge?
15  A. Edwards was. Edwards for sure.
16  Q. So McGrael you communicated to about this turtle
17 suit?
18  A. Yes. It was just a suggestion, yes.
19  Q. And what did he say to you?
20  A. That he would talk to -- he didn't say much to
21 me. He didn't say actually anything to me. He just
22 said "Okay" and he would talk to a sergeant.
23  Q. So he was supposed to talk to the sergeant and
24 then it seems like Officer Chavez and Elford kind of
25 show up?

Page 26

1       MS. MARTINEZ: Objection to the form of the
2 question.
3       You can answer.
4   Q. (By Mr. Gonzales) That's okay. How did they show
5 up?
6   A. They showed up. They came in. They asked
7 questions, you know, "What's going on? Is everything
8 okay?"
9   Q. Did you call them?
10  A. Yes.
11  Q. Why did you call them?
12  A. Because I was instructed not to handle him on my
13 own.
14  Q. By McGrael?
15  A. Yes.
16  Q. Did you ask for those two individuals
17 specifically or did you just ask for --
18  A. No, any available officer.
19  Q. So for an available officer. Were there other
20 officers besides these guys?
21  A. Yes, but those officers were in pods.
22  Q. Did you ask for one or multiple officers?
23  A. Any available officer. I didn't ask for
24 multiple. Just anyone who was available.
25  Q. So who showed up?

Page 27

1   A. Chavez and Elford.
2   Q. Tell me what happened when Chavez and Elford show
3 up.
4   A. Aparicio started acting more aggressive towards
5 himself, hitting himself in the cage. You know, he
6 started yelling, jumping on the stool. He didn't
7 want -- he didn't even want to talk to me anymore.
8   Q. Why is that?
9   A. Why? I don't know.
10  Q. Did you try to communicate with him?
11  A. Yes.
12  Q. Were you still the one who was trying to deal
13 with him --
14  A. Yes.
15  Q. -- or did that change at any time?
16  A. Before they actually opened the cage, I was still
17 talking to him. "We're going to move you," you know,
18 "chill out. Be cool," you know. "We just want to move
19 you somewhere else so you can calm down a little bit
20 more." And after that, he didn't listen to me. He
21 didn't want to listen to me. So they said, "Well, let's
22 just go ahead and move him." When Chavez and Elford
23 stepped into the cage, that's when they took control of
24 the situation.
25  Q. Did you move out of the way or did Chavez and

Page 28

1 Elford just come in and take over?
2   A. I moved out of the way.
3   Q. Why?
4   A. Because there was nothing that I could do
5 anymore. They were the officers. They were the ones
6 who were going to move him to a different location.
7   Q. Did they try to communicate with him first?
8   A. Yes.
9   Q. How did they communicate with him?
10  A. They told him that he needed to calm down, that
11 they were going to handcuff him and that they were just
12 going to move him.
13  Q. What happened next?
14  A. We opened the cage so we could handcuff him, but
15 after that, that's when Aparicio turned on Chavez.
16 Chavez ended up -- Chavez tried to push him back into
17 the cage so we could close the cage and leave him in
18 there. But they ended up -- Aparicio started hitting
19 Chavez, and Chavez was trying to get him away.
20      After that happened, I drew my Taser but I didn't
21 have a clear shot for Aparicio. I had Chavez more on my
22 side, and Elford was on the right of me. I saw -- I
23 told him I didn't have a clear shot, so I put my Taser
24 away. Then Elford drew his Taser.
25      The Taser didn't make full contact on him. There

Page 29

1  was only one prong, and at that, when the prong did make
2  contact, he ripped them off -- well, not extremely off.
3  He just ripped off one of the prongs and it was still
4  attached to his shirt.
5      After that, he got up -- Chavez -- he pushed
6  Chavez to the side. Aparicio ran out of the cage. He
7  hit the fingerprint machine, I guess tripped over that
8  and, well, he stumbled. He hit his head on J-108, the
9  handle of J-108 and fell.
10     That's when our other officers came in. As he
11 fell, that's -- they fell with him, because even that --
12 Chavez caught up to him to try to get him, you know,
13 restrained. After -- he fell actually on top of Chavez,
14 and there, that's when Aparicio was exchanging -- well,
15 hitting Chavez at the time. Elford got him and picked
16 him up and rolled Chavez over -- or rolled Aparicio and
17 Chavez over so Chavez could be able to get up from
18 underneath him.
19     After that, Elford still had one of his hands
20 behind his back. He had -- Aparicio had his right hand
21 tucked in under his body. Gallegos had his legs pinned,
22 held down. And that's when Officer McGrael -- well,
23 before all that happened, Officer McGrael bumped into
24 him as well, and that's when Officer McGrael broke his
25 collar bone.

Page 30

1      Then after that, I would say that there was four
2  officers trying to handle his situation.
3  Q. Is that appropriate?
4  A. For that situation, I would say so, because of
5  how -- his strength. The amount of strength that he
6  had, two of our officers weren't able to handle.
7  Q. So where are these four officers? How are they
8  controlling him?
9  A. Gallegos had his legs pinned down. Chavez was
10 more holding down I would say his torso, or the lower
11 part of his torso. And Elford was more trying to get
12 him to calm down, to get him -- he was telling him that
13 he needed to move his hand, to get his hand --
14     [Unidentified person walked into the room.]
15     MR. WESTBROOK: Wait a minute. Wait a
16 minute.
17     Is this Mr. Elford?
18     MS. MARTINEZ: Yes. The rules allow him to
19 come and sit in. I've already had this fight many
20 times. The Rules of Civil Procedure, the Federal Rules,
21 they allow witnesses to sit in on each other's
22 depositions under Rule 30.
23     MR. GONZALES: Well, I think it taints his
24 testimony. I think his testimony needs to be from his
25 individuality and not from anything that he can infer

Page 31

1  from her testimony.
2      MS. MARTINEZ: Well, the Rules of Civil
3  Procedure, the Federal Rules, allow him to sit in. They
4  allow that.
5      MR. GONZALES: Well, maybe we should contact
6  the judge.
7      MS. MARTINEZ: Go ahead. I'll pull up the
8  rule on my computer.
9      MR. WESTBROOK: Let's take five.
10     [Recess taken from 10:03 AM to 10:18 AM,
11      and testimony continued as follows:]
12     MR. GONZALES: We're back on the record.
13 Q. (By Mr. Gonzales) Do you recall where you were in
14 your testimony?
15 A. Yes.
16 Q. Tell me what happened next.
17 A. After that, everyone was trying -- well,
18 actually, one voice was trying to calm him down, telling
19 him that he needed to get his hand out from underneath
20 him so they could handcuff him.
21 Q. Who was saying that?
22 A. Elford.
23 Q. Where exactly was Elford?
24 A. He was more on his upper half, trying to get his
25 arm out from underneath him.

Page 32

1  Q. Was he on top of him?
2  A. On top of him, like his full body weight? No.
3  Q. What kind of body weight was on him?
4  A. I don't know. He was just trying to restrain him
5  so he wouldn't get hurt himself.
6  Q. Well, you just said he was trying to get his arm
7  out. Was he trying to get his arm out or was he trying
8  to restrain him?
9  A. Well, he was protecting himself as far as trying
10 to get his arm out.
11 Q. This doesn't make sense now. Was Aparicio on his
12 back or his stomach at this time?
13 A. He was on his stomach.
14 Q. Because Elford had already rolled him over?
15     MS. MARTINEZ: Objection to the form.
16     You can answer.
17 Q. (By Mr. Gonzales) Please answer the question.
18 A. Rolled him over? Because Chavez was underneath
19 him. He fell on top of Chavez. And then that's when
20 Chavez and Elford, they got him on his stomach. And
21 that's when they had one arm behind him but he had the
22 other arm underneath.
23 Q. Who had the arm behind his back?
24 A. Chavez was holding his arm.
25 Q. What was Elford trying to do?

Page 11 (Pages 41-44)

KRETEK vs. BOARD OF LUNA COUNTY COMMISSIONERS, et
11-CV-676 RB/GBW

Jessica Quintana
January 17, 2012

Page 41

1   A. He was just screaming. Yelling.
2   Q. What was he screaming?
3   A. He wasn't screaming words. He was just yelling.
4   Q. Give me an example.
5   A. An example --
6   Q. I want to know exactly what he was saying.
7   A. He was screaming at the top of his lungs.
8   Q. Screaming what?
9   A. Nothing. Just yelling.
10  Q. Maybe we're having a miscommunication. You say
11  someone is yelling, but you say he wasn't saying
12  anything. What was coming out of his mouth?
13       MS. MARTINEZ: Objection to the form of the
14  question. It's been asked and answered.
15       You can answer it again.
16  A. Just screams were coming out.
17  Q. (By Mr. Gonzales) Was the scream of any type of
18  specific word?
19  A. No.
20  Q. Was it of any kind of specific noise?
21  A. Yes, it was.
22  Q. Can you mimic his screaming?
23  A. Exactly?
24  Q. Yes.
25  A. No, not like he was.

Page 42

1   Q. Can you mimic it to the best of your ability?
2   A. Yes.
3   Q. Please do it for me.
4   A. Okay. He was just aahhhhh, screaming like,
5   shoot, "F-this, F-that," at first. After that, he was
6   just screaming at the top of his lungs. I can't exactly
7   scream like him because --
8   Q. You previously said "aahhhhh."
9   A. Yes.
10  Q. Was that what he was screaming?
11  A. Yes.
12  Q. At first it was "fuck this, fuck that"?
13  A. Yes.
14  Q. And then it became nothing but an "aahhhhh."
15  A. Yes, and just more "Aahhhhhs."
16  Q. When did that stop?
17  A. It didn't stop until they actually handcuffed his
18  hands behind his back.
19  Q. While he was on the ground, he was screaming
20  "aahhhhh"?
21  A. Yes.
22  Q. How long after they handcuffed him did it stop?
23  A. I would say maybe a minute after, because he was
24  still -- he was still screaming. He was still yelling.
25  Q. So a minute after he was handcuffed, he went

Page 43

1   silent?
2   A. He was just -- yeah.
3   Q. What was he doing?
4   A. He was just laying there. We left him there
5   because we were watching him. We were -- we didn't want
6   to move him until the ambulance got there.
7   Q. Who's "we"?
8   A. The officers.
9   Q. Who exactly was watching him?
10  A. Renteria, Sparkles -- I'm sorry. Gallegos had
11  his legs. He still had his -- he was just watching and
12  he had his hands on his legs. He didn't no longer have
13  his full body weight on his legs. He just had him by
14  his legs with his hands in case he started kicking
15  again, in case he started rolling over.
16  Q. Who else?
17  A. We were all in the room, but exactly watching him
18  was more Renteria.
19  Q. So Mr. Aparicio goes quiet a couple minutes after
20  he's handcuffed; correct?
21  A. Yes.
22  Q. Is he breathing?
23  A. Yes.
24  Q. Did you check?
25  A. I didn't check.

Page 44

1   Q. How do you know?
2   A. Because we were in the room, and as he was being
3   reviewed, I heard Renteria say, "Yes, he's still
4   breathing."
5   Q. To whom?
6   A. To McGrael.
7   Q. Is McGrael asking him this?
8   A. Yes.
9   Q. Is McGrael the medical officer?
10  A. Yes.
11  Q. Why wasn't McGrael checking him?
12  A. Because he was hurt. He was hurt. He broke his
13  collar bone.
14  Q. So two minutes, he goes quiet. How long after
15  that did they check his pulse?
16  A. They were consistent on him.
17  Q. How long?
18  A. I would say 30 seconds. They were just checking
19  it over and over and over.
20  Q. Every 30 seconds?
21  A. Not exactly, but they were consistent with him.
22  Q. Every minute or so?
23  A. Not that far apart, no.
24  Q. Less than a minute?
25  A. Yes.