IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHARLES C. KRETEK,
*As Personal Representative of the*
*Estate of Christopher Aparicio, Deceased,*

      Plaintiff,

vs.                                                                   CIV 11-0676 KG/GBW

BOARD OF COMMISSIONERS OF LUNA COUNTY,
NEW MEXICO, ET AL.,

      Defendants.

### ORDER SETTING MOTIONS IN LIMINE HEARING AND FINAL PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that **Motions in Limine Hearing and Final Pretrial Conference** will be held in person on **THURSDAY, FEBRUARY 20, 2014 at 10:00 a.m**. at the United States Courthouse, 4th Floor Mimbres Courtroom, 100 N. Church, Las Cruces, New Mexico. Counsel shall be prepared for oral argument on all pending Motions in Limine and to discuss all remaining details prior to trial of this case which begins on March 3, 2014.

                                                    UNITED STATES DISTRICT JUDGE