IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHARLES C. KRETEK, as Personal
Representative of Christopher Aparicio,
Deceased,

    Plaintiff,

vs.                                                      Civ. No. 11-676 KG/GBW

BOARD OF COMMISSIONERS
OF LUNA COUNTY, JOHN KREHBIEL,
JOSH ELFORD, JONATHAN CHAVEZ,
JOHN ROBERT MCGRAEL, and
YOLANDA EDWARDS,

    Defendants.

## ORDER

During the Motions Hearing held on 2/20/2014, the following deadlines were set:

1. By close of business 2/21/2014, the results from the review of each of the party's objections to the opposing party's deposition testimony designation shall be submitted to chambers;

2. By noon on 2/24/2014, objections to all jury instructions will be filed with the Court; and

3. By close of business 2/24/2014, a stipulated statement of the case will be submitted to chambers.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE