IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHARLES C. KRETEK, as
Personal Representative of
Christopher Aparicio, Deceased,

    Plaintiff,

vs.                                                                 Civ. No. 11-0676 KG/GBW

BOARD OF COMMISSIONERS
OF LUNA COUNTY, JOHN KREHBIEL,
JOSH ELFORD, JONAHTAN CHAVEZ,
JOHN ROBERT MCGRAEL, and
YOLANDA EDWARDS,

    Defendants.

## ORDER

This matter comes before the Court on Plaintiff's Objection to and Motion to Strike Newly Disclosed Defense Witness, Officer Robert Ramirez (Objection and Motion), filed on February 27, 2014. (Doc. 337). On February 28, 2014, Defendants filed Defendants' Response to Plaintiff's Objection to and Motion to Strike Newly Disclosed Defense Witness, Officer Robert Ramirez. (Doc. 340). Having considered the Objection and Motion as well as the response, the Court will defer ruling on the Objection and Motion until such time as Defendants plan to call Officer Robert Ramirez as a witness at trial.

    IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE